IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM TOY | : CIVIL ACTION |
| | : |
| vs. | : |
| | : NO. 14-3230 |
| THE BOEING COMPANY | : |

## ORDER

**AND NOW**, this 13th day of May 2015, upon review of the Defendant's Motion for Summary Judgment (ECF Doc. Nos. 23, 39, 40), Plaintiff's Opposition (ECF Doc. Nos. 27, 28, 33, 34) and, in accord with the accompanying Memorandum, finding there is no genuine issue of material fact concerning Plaintiff's inability to meet his burden of establishing a *prima facie* case of age discrimination as he cannot adduce evidence to support an inference of discriminatory animus, it is **ORDERED** Defendant's Motion for Summary Judgment is **GRANTED**.

Plaintiff's Complaint is **DISMISSED with prejudice** and the Clerk of Court shall close this matter.

_____
KEARNEY, J.